UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---x

JOYCE CARRICO, Individually, and On
Behalf of All Others Similarly Situated,

       Plaintiff,

vs.

LEGRAND NORTH AMERICA, LLC,

       Defendant.

---x

Case No.: 1:22-cv-08657-JLR

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(i), plaintiff Joyce Carrico hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Legrand North America, LLC.

DATED:  January 12, 2023    **NEMATZADEH PLLC**

              /s/ Justin S. Nematzadeh

              Justin S. Nematzadeh
              101 Avenue of the Americas, Suite 909
              New York, NY 10013
              Tel.: 646-799-6729
              Email: jsn@nematlawyers.com

              *Attorney for Plaintiff*